IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01712-BNB

MARQUIS A. SCOTT,

    Plaintiff,

v.

CITY LIBRARIAN, Denver Public Library,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 1 6 2008

GREGORY C. LANGHAM
                CLERK

## ORDER DISMISSING CASE

Plaintiff Marquis A. Scott is a prisoner in the custody of the Colorado Department of Corrections at the Bent County Correctional Facility at Las Animas, Colorado. Mr. Scott initiated this action by filing *pro se* a Prisoner Complaint. On September 25, 2008, Magistrate Judge Boyd N. Boland ordered Mr. Scott to show cause why the complaint and the action should not be dismissed for lack of subject matter jurisdiction. On October 8, 2008, Mr. Scott filed a document titled "Motion: Voluntary Dismissal" in which he asks the Court to dismiss his claims against the only named Defendant in this action.

The Court must construe the motion liberally because Mr. Scott is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). The Court will construe the motion as a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." No response has been filed by Defendants in this action. A voluntary dismissal pursuant to Rule 41(a)(1)(A) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. **See** J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); **Hyde Constr. Co. v. Koehring Co.**, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. **See Hyde Constr. Co.**, 388 F.2d at 507. Accordingly, it is

ORDERED that the "Motion: Voluntary Dismissal" filed on October 8, 2008, is construed as a notice of voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A). It is

FURTHER ORDERED that the voluntary dismissal is effective as of October 8, 2008, the date the notice was filed in this action.

DATED at Denver, Colorado, this 15 day of Oct., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01712-BNB

Marquis A. Scott
Prisoner No. 104716
Bent County Correctional Facility
11560 Rd. FF75
Las Aminas, CO 81054-9573

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/16/08

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk